IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOLAIA TECHNOLOGY LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 02 C 4704 |
| ARVINMERITOR, INC., | ) Honorable Mark Filip |
| Defendant. | ) Magistrate Judge Nan R. Nolan |
| v. | ) |
| ROCKWELL AUTOMATION INC., | ) |
| Third-Party Defendant-Cross-Claim Plaintiff. | ) |
| v. | ) |
| SOLAIA TECHNOLOGY LLC, | ) |
| Counterclaim-Plaintiff, | ) |
| v. | ) |
| ROCKWELL AUTOMATION, | ) |
| Counterclaim-Defendant. | ) |

## FINAL JUDGMENT

The Court awarded summary judgment to Defendant ArvinMeritor, Inc. on all claims of infringement pending against it by Solaia Technology LLC. The Court denied Solaia's motion for reconsideration. ArvinMeritor pled a counterclaim of declaratory judgment of patent non-infringement and patent invalidity and unenforceability against Solaia Technology LLC. Pursuant to Rule 54, Federal Rules of Civil Procedure, final judgment is hereby entered in favor of Defendant ArvinMeritor on all claims asserted

against it and in favor of ArvinMeritor on its counterclaim of declaratory judgment of non-infringement. ArvinMeritor's counterclaim of declaratory judgment of patent invalidity and unenforceability is hereby dismissed as being moot.

Each party shall bear its own attorneys' fees and costs.

DONE AND ENTERED at Chicago, Illinois this 20th day of April, 2006.

_____
United States District Judge